IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Board of Trustees of the Ohio Laborers' Fringe Benefit Programs, | : | |
| | : | Civil Action 2:12-cv-00832 |
| Plaintiff | : | Judge Marbley |
| v. | : | Magistrate Judge Abel |
| Amroc Construction, Inc., *et al.*, | : | |
| Defendants | : | |
| | : | |

ORDER

Plaintiff has informed the Court the correct mailing address for defendants Marco Noce and Amroc Construction, Inc. is 3210 Scranton Road, Cleveland, Ohio 44109-1656. The Clerk of Court is DIRECTED to send Mr. Noce and Amroc Construction, Inc. a copy of this Order and the February 6, 2013 Order that defendants Amroc Construction, Inc. and Marco Noce, appear for deposition on March 6, 2013 at 1:30 p.m. and produce the payroll documents requested in plaintiffs' notice of deposition.

s/Mark R. Abel
United States Magistrate Judge